Anthony Laverne CREWS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37282.

Missouri Court of Appeals,
Western District.

May 20, 1986.

Forriss D. Elliott, St. Louis, for appellant.

William L. Webster, Atty. Gen., Kevin B. Behrndt, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, J., Presiding; MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Crews appeals the denial of his Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).